This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41344**

**TADEUSZ NIEMYJSKI,**

 Plaintiff-Appellant,

v.

**MALIKA COMACHO, CHRISTIAN MERCADO, and JOHNNEY CAMACHO,**

 Defendants-Appellees.

**APPEAL FROM THE METROPOLITAN COURT OF BERNALILLO COUNTY**
**Jason M. Jaramillo, Metropolitan Court Judge**

Tadeusz Niemyjski
Albuquerque, NM

Pro Se Appellant

Calvert Menicucci, P.C.
Michael F. Menicucci
Albuquerque, NM

for Appellees

## MEMORANDUM OPINION

**ATTREP, Chief Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Chief Judge**

**WE CONCUR:**

**J. MILES HANISEE, Judge**

**JANE B. YOHALEM, Judge**